# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CADDY PRODUCTS, INC., | Civil No. 05-301 (JRT/FLN) |
| Plaintiff, | |
| v. | |
| GREYSTONE INTERNATIONAL, INC., | **ORDER FOR DISMISSAL** |
| Defendant and Third-Party Plaintiff, | |
| v. | |
| VISTEON GLOBAL TECHNOLOGIES, INC., | |
| Third-Party Defendant. | |

Dyanna L. Street and Richard G. Jensen, **FABYANSKE, WESTRA, HART & THOMSON, P.A.,** 800 LaSalle Avenue, Suite 1900, Minneapolis, MN 55402, for plaintiff Caddy Products, Inc.

Allen W. Hinderaker and Anthony R. Zeuli, **MERCHANT & GOULD PC**, 80 South Eighth Street, Suite 3200, Minneapolis, MN 55402, for defendant and third-party plaintiff Greystone International, Inc.

Martin R. Lueck and Thomas C. Mahlum, **ROBINS KAPLAN MILLER & CIRESI LLP**, 800 LaSalle Avenue, Suite 2800, Minneapolis, MN 55402, for third party-defendant Visteon Global Technologies, Inc.

Pursuant to the stipulation filed by Plaintiff, Defendant and Third-party Defendant on May 20, 2009 [Docket No. 111], the Court makes the following order:

**IT IS HEREBY ORDERED** that:

1. This Lawsuit shall be **DISMISSED WITHOUT PREJUDICE** and without the award of costs or attorneys' fees to any Party; and

2. The dismissal shall be subject to, and in accordance with, the terms of the Tolling Agreement incorporated into the stipulation.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: June 5, 2009                           s/John R. Tunheim
at Minneapolis, Minnesota.                 JOHN R. TUNHEIM
                                                      United States District Judge